Núm. 7767.—PUEBLO, apldo. *v.* DELESTRE, aplte.—C. D. Mayagüez. ▬▬▬▬▬ Julio 14, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, de los autos constan las dos minutas y sentencia siguientes:

"Minuta. Jueves, 24 de marzo de 1938.

"El fiscal solicita permiso para radicar acusación en este caso. La corte concede el permiso solicitado y ordena este caso sea radicado en el libro Registro de Causas Criminales de Secretaría. Estando presente el acusado el fiscal solicita permiso de la corte para leerle la acusación. La Corte concede el permiso solicitado.

"Interrogado por la Corte sobre la identidad de su nombre y apellido manifestó llamarse José Delestre Bayrón. La Corte le informa que de no ser éste su verdadero nombre el proceso seguirá en su contra bajo el nombre por él dado.

"Interrogado por el fiscal manifestó ser natural de Mayagüez, de 18 años de edad, estado soltero, color blanco, sabe leer y escribir y no paga contribución.

"Leída la acusación y entregada copia de la misma al acusado éste hizo alegación de no culpable. La corte señalará el caso oportunamente y fija al acusado una fianza de $5,000.00 para su libertad provisional . . .

"Minuta. Sábado, 27 de agosto de 1938.

"Comparece el Pueblo de Puerto Rico, por su fiscal Hon. E. Díaz Viera y el acusado en persona para hacer alegaciones.

"A petición del acusado, la corte le concede permiso a éste para retirar su alegación de no culpable hecha en el acto del *arraignment*. El acusado retira dicha alegación de no culpable y se declara culpable del delito que se le imputa.

"La corte, vista la alegación de culpabilidad hecha por el acusado, lo declara culpable y convicto de un delito de violación técnica y dicta sentencia condenando a José Delestre Bayrón a sufrir diez años de presidio con trabajos forzados, abonándosele el tiempo que haya estado preso por esta misma causa y relevándole del pago de las costas por ser insolvente.

"Y se ordena que el sentenciado sea llevado desde esta sala de justicia a la cárcel del distrito y de allí con la rapidez posible al Presidio Departamental de P. R. en la ciudad de Río Piedras, P. R. y allí le sea entregado al jefe de dicha institución para ser en la misma confinado por el término expresado en esta sentencia . . . . .

"Sentencia.

"Comparece el Pueblo de Puerto Rico por su Hon. fiscal, E. Díaz Viera y el acusado en persona.

"El acusado solicita permiso de la corte para retirar su alegación de no culpable del delito de violación técnica hecha en el acto del *arraignment* para declararse culpable del mismo delito. La corte, vista la conformidad del Ministerio Fiscal, concede el permiso solicitado y declara a su vez a dicho acusado culpable y convicto del delito de violación técnica. El acusado solicitó se dictase sentencia en el acto.

"Interrogado dicho convicto si tenía alguna razón legal que aducir por la cual no procediera dictarse sentencia en el acto, manifestó que no. Y no existiendo a juicio de la corte nada que impida el pronunciamiento de sentencia, la corte procede a dictarla y la dicta condenando a José Delestre Bayrón por un delito de violación técnica a sufrir diez años de presidio con trabajos forzados, abonándosele el tiempo que haya estado preso por esta misma causa y relevándole del pago de las costas por ser insolvente.

"Y se ordena que el sentenciado sea llevado desde esta Sala de Justicia a la cárcel del distrito y de allí con la rapidez posible, al Presidio Departamental de esta isla, en la ciudad de Río Piedras, y allí le sea entregado al jefe de dicha institución para ser en la misma confinado por el término expresado en esta sentencia. Dada en Mayagüez, P. R., a 27 de agosto de 1938.''

POR TANTO, celebrada la vista del caso con la sola asistencia del fiscal, atendida la recomendación de éste y de acuerdo con la doctrina establecida en el caso de *Ex Parte Hernández Laureano*, 54

D.P.R. 416, se revoca la sentencia apelada y se devuelve el caso para ulteriores procedimientos no inconsistentes con la opinión emitida en dicho caso.

El Juez Asociado Sr. Travieso no intervino.